JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     INDICTMENT

    -v.-                          :     08 Cr.

CONSTANTINO MONTERO,              :
    a/k/a "Juan Montero,"                  **08 CRIM 637**
                                  :
            Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

On or about June 4, 2008, in the Southern District of New York and elsewhere, CONSTANTINO MONTERO, a/k/a "Juan Montero," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been removed from the United States on or about June 6, 2001, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about October 5, 2000, in the Trial Court of Massachusetts, District Court Department, Lawrence Division, of Possession with Intent to Distribute a Class B Controlled Substance, in violation of Massachusetts General Law Chapter 94C, Section 32A, without having obtained the express

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 14 2008

consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CONSTANTINO MONTERO,
a/k/a "Juan Montero,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*[handwritten: 7/14/08 — Case Assigned to J Lynch — M J [illegible]]*